IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-cv-483-JTA |
| | ) | |
| TK ELEVATOR CORPORATION, | ) | |
| formerly known as Thyssenkrupp Elevator Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based upon the parties' Joint Stipulation of Dismissal (Doc. No. 113), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendants has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties. Costs shall be taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 14th day of November, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE